1  DANIEL J. BERGESON, SBN 105439
   dbergeson@be-law.com
2  SUSAN E. BOWER, SBN 173244
   sbower@be-law.com
3  REBECCA N. KAUFMAN, SBN 199534
   rkaufman@be-law.com
4  ADAM C. TRIGG, SBN 261498
   atrigg@be-law.com
5  BERGESON, LLP
   111 N. Market Street, Suite 600
6  San Jose, CA 95113
   Telephone:    (408) 291-6200
7  Facsimile:    (408) 297-6000

8  Attorneys for Defendant
   HEWLETT PACKARD ENTERPRISE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS ABANTO SHINNO, | Case No. 3:19-cv-07175-RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| HEWLETT PACKARD ENTERPRISE, | |
| Defendant. | Judge:  Hon. Richard Seeborg<br>Crtrm.: 3, 17 Floor |

Pursuant to Civil Local Rules 6-1, 7-12, and 16-2, Plaintiff Carlos Abanto Shinno ("Shinno"), and the Defendant Hewlett Packard Enterprise ("HPE") (collectively, the "Parties") jointly submit the following Stipulation.

WHEREAS, Plaintiff filed the complaint in this action on October 30, 2019;

WHEREAS, on November 26, 2019, the Parties' filed a joint Stipulation to Extend Time to Respond to Complaint that continued the deadline for HPE to respond to the Complaint to January 15, 2020;

WHEREAS, there is currently a Case Management Conference set for January 30, 2020, with a Case Management Statement due by January 23, 2020;

WHEREAS, the Parties are in active settlement discussions and have agreed to extend the time for Defendant to answer the Complaint to February 14, 2020;

WHEREAS, to conserve the resources of the Court and the Parties while settlement discussions continue, the Parties stipulate to and request that the Court continue the Case Management Conference to February 27, 2020 or another date after February 14, 2020 convenient for the Court;

IT IS HEREBY STIPULATED by and between the Parties, as follows:

- The time for Defendant to answer the Complaint is extended to February 14, 2020.
- The Case Management Conference set for January 30, 2020 will be continued to February 27, 2020 or another date set by the Court.
- A Case Management Statement shall be filed no later than seven days before the Case Management Conference.

| | | |
|---|---|---|
| Dated: January 13, 2020 | BERGESON, LLP | |
| | By: _/s/ Adam C. Trigg_<br>Adam C. Trigg | |
| | Attorneys for Defendant<br>HEWLETT PACKARD ENTERPRISE | |
| Dated: January 13, 2020 | MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND | |
| | By: _/s/ Andres Holguin-Flores_<br>Andres Holguin-Flores | |
| | Attorneys for Plaintiff<br>CARLOS ABANTO SINNO | |

PURSUANT TO STIPULATION, IT IS SO ORDERED

_[signature]_                                                                 _1/13/2020_
Honorable Richard Seeborg                                          DATE
UNITED STATES DISTRICT JUDGE