UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ABANTO SHINNO,<br>  Plaintiff,<br>v.<br>HEWLETT PACKARD ENTERPRISE,<br>  Defendant. | Case No. 19-cv-07175-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **April 2, 2020**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 9, 2020, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: February 18, 2020

Richard Seeborg
United States District Judge